UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-mj-02924-RMM

UNITED STATES OF AMERICA,

       Plaintiff,

Vs.

RAUL FERRARO PONS

       Defendant,

_____/

**TEMPORARY NOTICE OF APPEARANCE**

**NOTICE IS HEREBY GIVEN** that Steven E. Amster, Esquire, 4000 Ponce de Leon Blvd. Suite 470, Coral Gables, Florida 33146, (305) 371-2455, enters his temporary appearance as Attorney of Record in the above-styled case. Please send all pleadings, correspondence, documents and the like in this case to the undersigned.

                                          Respectfully Submitted,

                                          /s/*Steven E. Amster*
                                          STEVEN E. AMSTER, ESQUIRE
                                          Attorney for the Defendant
                                          4000 Ponce de Leon Blvd.
                                          Suite 470
                                          Coral Gables, Fl. 33146
                                          Phone: (305) 371-2455
                                          Florida Bar No. 005738

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY the foregoing was filed on May 8, 2024, using the CM/ECF system.

/s/*Steven E. Amster*
STEVEN E. AMSTER, ESQ.