# MINUTE ORDER

Page 8

## Magistrate Judge Ryon M. McCabe

**Atkins Building Courthouse - 9th Floor**  Date: 5/8/24    Time: 1:30 p.m.

Defendant: Raul Ferrao Pons    J#: 98198-004    Case #: 24-2924-MJ-MCCABE

AUSA: Randy Hummel    Attorney:

Violation: ED VA/INDICTMENT/CONSPIRACY TO COMMIT RACKETEER INFLUENCED & CORRUPT ORGANIZATION(RICO)    Surr/Arrest Date: 5/8/24    YOB: 1991

Proceeding: Initial Appearance    CJA Appt: Emmanuel Perez, Esq.

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: TEMP-Pretrial Detention

Bond Set at:    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: Spanish

Disposition: The Court GRANTS the Government request to UNSEAL the case. Brady Order given. Defendant sworn and CJA appointed. Government request Pretrial Detention based on risk of flight.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD Hearing: 5/10/2024 at 1:30PM (Miami Duty Court)
Prelim/Arraign or Removal:
Status Conference RE: Removal - 5/10/2024 at 1:30PM (Miami Duty Court)
D.A.R. 13:41:30; 14:18:12    Time in Court: 10 mins.

s/Ryon M. McCabe    Magistrate Judge